UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-mj-02070-LOUIS


UNITED STATES OF AMERICA,

                Plaintiff,

     v.

RODOLPHE JAAR,

                Defendant.

_____/

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that attorney FRANK SCHWATZ hereby enters his Notice of Appearance on behalf of the Defendant, RODOLPHE JAAR, in the above-styled case. This appearance is limited exclusively to representation at trial. This representation does not bind the undersigned attorney to represent the defendant in any appellate matter. Counsel acknowledges responsibility to advice the defendant of the right to appeal, and to file a timely notice of appeal if requested to do so by the defendant.

Please direct all official notices, correspondence, and pleadings regarding the Defendant in this case to undersigned counsel at the address found below.

                Respectfully submitted,

BY:   /s/ *Frank Schwartz*_____
       Frank Schwartz, Esquire
       Bar No. 120250

       FRANK SCHWARTZ, P.A.
       100 Biscayne Blvd., Suite 1300
       Miami, Florida 33132
       TEL: (305) 379-5661
       FAX: (305) 379-5687
       frank@fschwartzlaw.net

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 27, 2022, undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF and same was delivered to all parties in this case in the same manner.

BY: /s/ *Frank Schwartz*
Frank Schwartz, Esquire
Bar No. 120250