UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-mj-02070-LOUIS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

RODOLPHE JAAR,

        Defendant.

_____/

**AMENDED JOINT MOTION REQUESTING
CONTINUANCE OF THE PRELIMINARY HEARING / ARRAIGNMENT AND
EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

    The Defendant, RODOLPHE JAAR (hereafter Jaar), by and through his undersigned counsel, hereby files this amended joint motion both to adjourn the preliminary hearing and or arraignment in this case to May 30, 2022, and to order that all time from and including April 29, 2022, through May 30, 2022, shall be excluded in computing the time within which an information or indictment must be filed pursuant to 18 U.S.C. § 3161(h). The parties hereby stipulate and agree: (i) that good cause exists to adjourn the preliminary hearing and to extend the time to indict in this case; (ii) that the time period from and including April 29, 2022, through May 30, 2022, shall constitute excludable delay under the Speedy Trial Act; and (iii) that the delay is based on the interests of justice due to the unusual factual complexity of the case, the need for time for counsel for the defendant to review materials with the defendant, the need for time for effective preparation taking into account the exercise of due diligence, all of which are in the interests of justice and outweigh the best interests of the public and the

---

defendant in a speedy trial. *See* 18 U.S.C. §3161(h)(7). In support of this motion, the defendant state as follows:

1. On January 19, 2022, Jaar was charged with Providing Material Support Resulting in Death, in violation of 18 U.S.C. §2339A and Conspiracy to kill or kidnap outside the United States, in violation of 18 U.S.C. §956(a)(1). On January 20, 2022, Jaar was arrested and made his initial appearance before this Court. The parties stipulated to pretrial detention with the right to revisit and the parties have previously moved to continue the preliminary examination hearing which was granted.

2. Jaar's preliminary hearing is currently scheduled for April 29, 2022.

3. Undersigned counsel is currently in trial in United States v. B. Gonzalez, *et al.*, Case No. 21-20110-CR-MGC. The trial began on April 11, 2022, and the trial is expected to be completed by the first week in May. This has prevented undersigned counsel from reviewing information provided by the government.

4. The parties respectfully request that the Court extend the time to indict. Extending the time period to indict would be in the interests of justice in that the additional time is necessary in this case due to the unusual factual complexity of the case, the need for time for counsel for the defendant to review materials with the defendant, the need for time for effective preparation taking into account the exercise of due diligence, all of which are in the interests of justice and outweigh the best interests of the public and the defendant in a speedy trial. The defendant therefore respectfully submits that all time from and including April 29, 2022, through May 30, 2022, should be excluded in computing the time within which an information or indictment must be filed pursuant to 18 U.S.C. §3161(h).

5. Jaar hereby agrees to waive any objections under the Speedy Trial Act and to extend the government's time to file an indictment or information in this case for the time period specified in this motion. This waiver is made knowingly, intentionally, and voluntarily by the defendant; with full knowledge of the provisions of the Speedy Trial Act, 18 U.S.C. §3161 et seq.; and with the advice and consent of defense counsel.

6. Undersigned counsel personally met with Jaar and had him execute the attached written waiver. A copy of Jaar's written waiver is attached hereto as Exhibit "A."

7. Furthermore, on today's date, undersigned once again spoke to Jaar to confirm his agreement with a thirty (30) day continuance of this matter and his agreement that the time from April 29, 2022 through May 30, 2022 should be excluded in computing the time within which an information or indictment must be filed pursuant to 18 U.S.C. §3161(h).

8. For these same reasons, the parties request that the preliminary hearing be adjourned to May 30, 2022.

9. Undersigned counsel has spoken to AUSA Walter Norkin who has indicated that the government joins in this amended motion.

WHEREFORE, the parties request an order providing that all time from and including April 29, 2022, through May 30, 2022, shall be excluded in computing the time within which an information or indictment must be filed pursuant to 18 U.S.C. § 316l(h), and that the preliminary hearing be adjourned until May 30, 2022.

Respectfully submitted,

BY: /s/ Frank Schwartz, Esq.

Frank Schwartz, P.A., 100 Biscayne Blvd., Suite 1300, Miami, Florida 33132
Telephone (305) 379-5661 - Facsimile (305) 379-5687

Frank Schwartz, Esquire  
Bar No. 120250

FRANK SCHWARTZ, P.A.  
100 Biscayne Blvd., Suite 1300  
Miami, Florida 33132  
TEL: (305) 379-5661  
FAX: (305) 379-5687  
frank@fschwartzlaw.net

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2022, undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF and same was delivered to all parties in this case in the same manner.

BY:    */s/ Frank Schwartz, Esq.*  
        Frank Schwartz, Esquire  
        Bar No. 120250